EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Medidas Especiales para la Extensión de Términos | 2007 TSPR 60 |
| | 170 DPR ____ |

Número del Caso: EM-2007-02

Fecha: 28 de marzo de 2007

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Medidas Especiales para                    EM-2007-02
la Extensión de Términos


RESOLUCION


San Juan, Puerto Rico a 28 de marzo de 2007.

El Juez Presidente, Hon. Federico Hernández Denton, concedió libre el Jueves Santo 5 de abril de 2007 a los empleados y empleadas de la Rama Judicial, con cargo a la licencia de vacaciones.

A tales efectos y en virtud de nuestra facultad para reglamentar los procedimientos judiciales, al computar los términos dispuestos en las distintas leyes y reglas aplicables a los procedimientos y trámites judiciales, se aplicará lo dispuesto por los Artículos 388 y 389 del Código Político de 1902, 1 L.P.R.A. secs. 72 y 73, y se considerará el Jueves Santo como si fuera un día feriado. Cualquier término a vencer ese día se extenderá hasta el lunes, 9 de abril de 2007, próximo día laborable.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.


Aida I. Oquendo Graulau
Secretaria del Tribunal Supremo